# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 8, 2011

Robert P. Young, Jr.,
Chief Justice

139561 (85)(92)(93)(94)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JAMES YKIMOFF,
        Plaintiff-Appellee,

v

W.A. FOOTE MEMORIAL HOSPITAL,
        Defendant-Appellant,
and

DAVID EGGERT, M.D., and DAVID
PROUGH, M.D.,
        Defendants.
_____/

SC: 139561
COA: 279472
Jackson CC: 04-002811-NH

On order of the Court, the motion for immediate consideration and the motion for waiver of the hearing transcript and order requirements are GRANTED. The motion for reconsideration of this Court's order of December 10, 2010 is DENIED, because it does not appear that the order was entered erroneously. The motion for continued stay of execution of judgment is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 8, 2011

_____
Clerk

0405